**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1887**

In re:  JANICE WOLK GRENADIER,

            Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Henry E. Hudson, Senior District Judge.  (1:18-mc-00010-HEH)

Submitted:  February 13, 2019                                    Decided:  February 21, 2019

Before RICHARDSON and QUATTLEBAUM, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Janice Wolk Grenadier, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

---

      [*] This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2012).

PER CURIAM:

Janice Wolk Grenadier appeals the district court's order imposing a pre-filing injunction and suspending in forma pauperis privileges. We have reviewed the record and find no reversible error. Accordingly, although we grant in forma pauperis status, we affirm for the reasons stated by the district court. *In re Grenadier*, No. 1:18-mc-00010-HEH (E.D. Va. July 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*